IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHADRICK WILLIAMS**                                                                                       **PLAINTIFF**

v.                                    **Case No. 4:19-cv-00335 BSM**

**FIRE SYSTEMS TECHNOLOGY**                                                          **DEFENDANT**
**INCORPORATED**

## ORDER

The parties' joint stipulation of dismissal [Doc. No. 14] is granted and this case is dismissed with prejudice, with each party bearing its own, costs, expenses, and legal fees, to the extent not otherwise provided for in the settlement agreement. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE