IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHADRICK WILLIAMS**                                                                                           **PLAINTIFF**

**v.**                             **Case No. 4:19-cv-00335 BSM**

**FIRE SYSTEMS TECHNOLOGY**                                                          **DEFENDANT**
**INCORPORATED**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE